373 A.2d 1145

Edinger v. Edinger, Appellant.

Argued September 21, 1976.  Malcolm H. Waldron, Jr., with him Robert A. Gelinas, for
appellant;  Arthur L. Jenkins, Jr., with him William J.
Cattie, III, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.